IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BUZZ PHOTO, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:20-cv-656-K-BN |
| | § | |
| THE PEOPLE'S REPUBLIC OF CHINA, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING LOCAL COUNSEL REQUIREMENT

Local Civil Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside or maintain the attorney's principal office in this district. "Local counsel" means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending. Accordingly, by **May 12, 2020**, Plaintiffs must file the entry of appearance of local counsel satisfying Local Civil Rule 83.10(a)'s requirements or, under Local Civil Rule 83.10(a), a motion for leave to proceed without local counsel. Failure to do so will result in a recommendation of dismissal without prejudice of this case without further notice.

SO ORDERED.

DATED: April 21, 2020

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE