**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

BUZZ PHOTOS
2414 W University, Suite 115D
McKinney, Texas 75071

    and

FREEDOM WATCH, Inc.
2020 Pennsylvania Avenue N.W. Suite 345
Washington, D.C. 20006

    and

LARRY KLAYMAN, a Natural Person

    and

Members of the Class and Subclasses and Those Similarly Situated

                     Plaintiffs,

    v.

THE PEOPLE'S REPUBLIC OF CHINA

    and

THE PEOPLE'S LIBERATION ARMY,
The official military of China

    and

THE WUHAN INSTITUTE OF VIROLOGY,
and agency of the Government of China

    and

SHI ZHENGLI, Director of
the Wuhan Institute of Virology

Civil Action No.
3:20-cv-00656-K

and

Major General Chen Wei
of China's People's Liberation Army

      Defendant.

# NOTICE OF APPEARANCE OF LOCAL COUNSEL FOR PLAINTIFF CLASSES AND LEAD PLAINTIFFS BUZZ PHOTOS, FREEDOM WATCH, INC. AND LARRY KLAYMAN

 COME NOW the lead Plaintiffs Buzz Photos, Freedom Watch, Inc., and Larry Klayman and the proposed subclasses ("Plaintiffs"), by counsel, hereby informs the Court that they are affiliated with local counsel to assist them in representing them in this case.

 Sanjay Biswas, Esq., who is licensed to practice in the state of Texas, and is admitted to practice before the Northern District of Texas hereby enters his appearance as co-counsel for Plaintiffs, and represents that he will serve as local counsel pursuant to LCvR 83.10(a).

Dated: April 30, 2020

                Respectfully submitted,

                /s/ Sanjay Biswas____
                Sanjay Biswas, Esq.
                11720 Duxbury Drive
                Frisco, Texas, 75035
                Texas State Bar # 24061325
                Telephone: 972-866-5879
                sanjaybiswas41@gmail.com

                */s/ Larry Klayman*____
                Larry Klayman, Esq.
                A Member of this Court's Bar
                Freedom Watch, Inc.
                2020 Pennsylvania Avenue N.W.
                Suite 345
                Washington, D.C. 20006
                (561) 558-5336
                leklayman@gmail.com

                Attorneys for Plaintiffs on behalf of himself

                                            and Other Members of the Class and Subclasses

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 30, 2020, and is being served upon the Defendants attached to the Complaint in this case.

                                                  /s/ Sanjay Biswas