**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

BUZZ PHOTOS
2414 W University, Suite 115D
McKinney, Texas 75071

    and

FREEDOM WATCH, Inc.
2020 Pennsylvania Avenue N.W. Suite 345
Washington, D.C. 20006

    and

LARRY KLAYMAN, a Natural Person

    and

Members of the Class and Subclasses and Those Similarly Situated

                      Plaintiffs,

    v.

THE PEOPLE'S REPUBLIC OF CHINA

    and

THE PEOPLE'S LIBERATION ARMY,
The official military of China

    and

THE WUHAN INSTITUTE OF VIROLOGY,
and agency of the Government of China

    and

SHI ZHENGLI, Director of
the Wuhan Institute of Virology

Civil Action No.
3:20-cv-00656-K

and

Major General Chen Wei
of China's People's Liberation Army

                Defendant.

## NOTICE OF CORRECTION OF TYPOGRAPHICAL ERROR IN COURT'S CASE RECORDS

COME NOW the lead Plaintiffs Buzz Photos, Freedom Watch, Inc., and Larry Klayman and the proposed subclasses ("Plaintiffs"), by counsel, and hereby notify the Clerk and the Court that the name of Plaintiff Buzz Photos is correctly identified and entered on pleadings but was typed incorrectly when creating the record for the Plaintiff in the Court's ECF system.

Plaintiffs by counsel respectfully request that the Clerk kindly correct *nunc pro tunc* the name of the Plaintiff to be the correct spelling of Buzz Photos within the Court's ECF record system.

Dated:   April 30, 2020

                Respectfully submitted,

                /s/ Sanjay Biswas
                Sanjay Biswas, Esq.
                11720 Duxbury Drive
                Frisco, Texas, 75035
                Texas State Bar # 24061325
                Telephone: 972-866-5879
                sanjaybiswas41@gmail.com

                */s/ Larry Klayman*
                Larry Klayman, Esq.
                A Member of this Court's Bar
                Freedom Watch, Inc.
                2020 Pennsylvania Avenue N.W.
                Suite 345
                Washington, D.C. 20006
                (561) 558-5336
                leklayman@gmail.com

>Attorneys for Plaintiffs on behalf of himself and Other Members of the Class and Subclasses

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 30, 2020, and is being served upon the Defendants attached to the Complaint in this case.

/s/ Sanjay Biswas_____

3