IN TRHE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BUZZ PHOTOS, INC., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, *et al.*<br><br>*Defendants.* | Civil Action No. 3:20-cv-00656-K |

## NOTICE TO THE COURT CONCERNING MR. DAVID ANDREW CHRISTENSON

Plaintiffs, Buzz Photos, Inc. Freedom Watch, Inc., ("Freedom Watch") and Larry Klayman, on behalf of themselves and members of the putative class, hereby provide notice to the Court that they do not sanction the attempted amicus filings of Mr. David Andrew Christenson. He has attempted to intervene in several of Freedom Watch's cases in the past and courts have denied his participation. If he wishes to be a potential class member once the Court certifies the class, if he should so qualify, he may join this action as a member of the class at that time.

Dated: May 22, 2020

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave, NW
Suite 345
Washington, DC, 20006
Tel: (561) 558-5336
Email:leklayman@gmail.com

1