IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BUZZ PHOTOS, *et. al* <br><br> v. <br><br> THE PEOPLE'S REPUBLIC OF CHINA, *et. al* | Civil Action No. 3:20-cv-00656-K |

### AFFIDAVIT OF FOREIGN MAILING

I, the Clerk of the Court, mailed a copy of the summons, complaint and notice of suit (with a translation of each into the official language of China) to the name and address of the following Defendant:

SHI ZHENGLI,
Director of the Wuhan Institute of Virology
Xiao Hong Shan No. 44
Wuhan, P.R. China 430071

by DHL with a signature required upon delivery

pursuant to the provisions of 28 U.S.C. § 1608(b)(3)(B).

_____, Deputy Clerk
Clerk of the Court

JUN 18 2020
_____
Date

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BUZZ PHOTOS, *et. al*<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, *et. al* | Civil Action No. 3:20-cv-00656-K |

## AFFIDAVIT OF FOREIGN MAILING

I, the Clerk of the Court, mailed a copy of the summons, complaint and notice of suit (with a translation of each into the official language of China) to the name and address of the following Defendant:

THE PEOPLE'S LIBERATION ARMY
Ministry of Foreign Affairs of the People's Republic of China
2 Chaoyangmen Nandajie
Chaoyang District,
Beijing, China 100701

by DHL with a signature required upon delivery

pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

_____, Deputy Clerk
Clerk of the Court

JUN 18 2020
_____
Date

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BUZZ PHOTOS, *et. al* <br><br> v. <br><br> THE PEOPLE'S REPUBLIC OF CHINA, *et. al* | Civil Action No. 3:20-cv-00656-K |

## AFFIDAVIT OF FOREIGN MAILING

I, the Clerk of the Court, mailed a copy of the summons, complaint and notice of suit (with a translation of each into the official language of China) to the name and address of the following Defendant:

THE PEOPLE'S REPUBLIC OF CHINA
Ministry of Foreign Affairs of the People's Republic of China
2 Chaoyangmen Nandajie
Chaoyang District,
Beijing, China 100701

by DHL with a signature required upon delivery

pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

_____
Clerk of the Court

JUN 1 8 2020
_____
Date

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BUZZ PHOTOS, *et. al* <br><br> v. <br><br> THE PEOPLE'S REPUBLIC OF CHINA, *et. al* | Civil Action No. 3:20-cv-00656-K |

## AFFIDAVIT OF FOREIGN MAILING

I, the Clerk of the Court, mailed a copy of the summons, complaint and notice of suit (with a translation of each into the official language of China) to the name and address of the following Defendant:

THE WUHAN INSTITUTE OF VIROLOGY
Xiao Hong Shan No. 44
Wuhan, P.R. China 430071

By DHL with a signature required upon delivery

pursuant to the provisions of 28 U.S.C. § 1608(b)(3)(B).

_____
Clerk of the Court

JUN 18 2020
_____
Date

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BUZZ PHOTOS, *et. al* <br><br> v. <br><br> THE PEOPLE'S REPUBLIC OF CHINA, *et. al* | Civil Action No. 3:20-cv-00656-K |

## AFFIDAVIT OF FOREIGN MAILING

I, the Clerk of the Court, mailed a copy of the summons, complaint and notice of suit (with a translation of each into the official language of China) to the name and address of the following Defendant:

MAJOR GENERAL CHEN WEI
Ministry of Foreign Affairs of the People's Republic of China
2 Chaoyangmen Nandajie
Chaoyang District,
Beijing, China 100701

by DHL with a signature required upon delivery

pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

_A. Jone, deputy Clerk_
Clerk of the Court

JUN 1 8 2020
Date

1