

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 9 2020
CLERK, U.S. DISTRICT COURT
By _____
  Deputy

Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade
Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
Movant David Andrew Christenson
June 30th, 2020

## ASSASSINATION AMICUS – MY ASSASSINATION

You can think I am paranoid but remember that Federal Whistleblower Coast Guard Commander William Goetzee was murdered while he was in Federal custody. The official story was that he stuffed toilet paper down his throat.

Reference: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
Case 1:20-cv-21108-UU Document 45 Entered on FLSD Docket 06/11/2020 Page 1 of 100
Case 1:20-cv-21108-UU Document 44 Entered on FLSD Docket 06/11/2020 Page 1 of 5
Case 1:20-cv-21108-UU Document 44-1 Entered on FLSD Docket 06/11/2020 Page 1 of 5

Abbreviated pleadings were sent to every judge listed below.

I would never commit suicide because that would mean that I was a failure and that I quit. When I was falsely arrested and placed in isolation I was medicated against my will. Our government was hoping that I would commit suicide. Mankind is too important for me to commit suicide. **I WILL NOT GIVE UP ON MY FELLOW AMERICANS. I TOOK AN OATH AND I INTEND ON HONORING THAT OATH.**

This happened today, June 30th, 2020 but started yesterday with the 11th Circuit denying my Amicus Briefs in the Reality Winner Appeal.

Retired New Orleans Police Officer and now Walton County Florida Sheriff's Deputy Travis McCabe is the patsy. He may or may not realize that he is being manipulated as an accessory to my murder or coconspirator.

Walton County Florida Sheriff Michael A. Adkinson, Jr. is the man in charge locally. He will set up the assassination using Travis McCabe. Adkinson has continually harassed me and kept me under illegal surveillance for 10 years. His deputies have repeatedly threatened me.

Background – I am only giving you a drop in the bucket for verifiable documentation

McCabe was convicted in the United States v. Warren (2:10-cr-00154-LMA-DEK-1) District Court, E.D. Louisiana Judge Lance M. Africk and then had the conviction vacated. McCabe somehow retired and made applications to 11 different Florida Counties/Sheriff's Departments. He is married and is wife is a Jefferson Parish Prosecutor. Adkinson was the only one that interviewed him. (I don't think he was eligible for retirement.)

> McCabe was given the job because of me. Our Government needed for there to be a friendly face. (It is like the Godfather.)

McCabe and I have been at best acquaintances. McCabe has been in Florida for months without his wife. His father and brother live close by. I have heard from him once this year and that was a drunken phone call.

Today – June 30th, 2020

McCabe approached me in a Publix grocery store. Walked right up to me in the back of the store. He had no basket and no cart. I never saw him purchase anything and he immediately left the store after our interaction. Security footage will confirm. (Remember that I was trained by the FBI and the DOD when I was in Black Ops.) Our conversation was surreal. McCabe had a preplanned speech and that speech included Adkinson and the fact that he drank coffee at the Starbucks by my house. His office is 45 miles away. I have a fear of guns and yet the military made me into an expert marksman. I tell you this because McCabe was armed and probably had a microphone. McCabe had no reason to be at that Publix. He had to travel a great distance past other Publix stores.

**<u>I MADE IT ABSOLUTELY CLEAR TO MCCABE THAT HE SCARED THE HELL OF ME AND THAT I DIDN'T WANT HIM NEAR ME REGARDLESS IF HE WAS OFF DUTY. I REPEATED TO HIM THAT I DIDN'T WANT HIM NEAR ME, ESPECIALLY IF HE WAS ON DUTY.</u>**

There is more but you should get the picture.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201

9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

29. Judicial Watch, Inc. v. Department of State (1:14-cv-01242-RCL) District Court, District of Columbia Judge Royce C. Lamberth - 333 Constitution Ave. N.W. - Washington D.C. 20001
30. United States v. Bolton (1:20-cv-01580-RCL) District Court, District of Columbia Judge Royce C. Lamberth - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 30th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Ed Kinkeade
Federal Court
1100 Commerce Street
Room 1625
Dallas, Texas 75242-1003